

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2024

No. 04-24-00638-CV

**IN RE Z.D.T.**, a minor child

Original Proceeding[1]

**ORDER**

Sitting:    Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori Massey Brissette, Justice

On September 23, 2024, relator A.P.[2] filed a petition for writ of mandamus. Relator filed an amended petition the following day. After considering the petition, the amended petition, and all exhibits attached thereto, this court concludes relator has not shown herself to be entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 27, 2024.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2020-CI-20470, styled *In the Interest of Z.D.T.*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.

[2] To protect the identity of the minor children, we refer to relator and her child by their initials. *See* TEX. FAM. CODE § 109.002(d); TEX. R. APP. P. 9.8.